IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EASTERN, LLC | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TRAVELERS CASUALTY INSURANCE | : | |
| COMPANY OF AMERICA | : | NO. 19-5283 |

ORDER

AND NOW, this 15th day of September, 2020, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that:

(1) The motion of defendant Travelers Casualty Insurance Company of America ("Travelers") for summary judgment (Doc. #17) is GRANTED in its favor, and against plaintiff Eastern, LLC ("Eastern"), with respect to the claims of Eastern, and in its favor and against Eastern with respect to Travelers' counterclaim for a declaration that it had no duty to defend or indemnify Eastern;

(2) The cross-motion of Eastern for summary judgment on all claims (Doc #22) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
_____
                         J.