IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EASTERN, LLC | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TRAVELERS CASUALTY INSURANCE | : | |
| COMPANY OF AMERICA | : | NO. 19-5283 |

ORDER

AND NOW, this 15th day of September, 2020, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that summary judgment is entered in favor of defendant Travelers Casualty Insurance Company of America ("Travelers") and against plaintiff Eastern, LLC ("Eastern") on Eastern's claims and on Travelers' counterclaim for a declaration that Travelers had no duty to defend or indemnify Eastern.

BY THE COURT:

/s/ Harvey Bartle III
_____
J.